Carl Hubbard #205988
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811-5000

May 16, 2018

David M. Lawson
US District Court
Eastern District of Michigan
Theodore Levin US Courthouse
231 W. Lafayette Blvd.
Room 718
Detroit, MI 48226



RE: Hubbard v Campbell
Case No. 13-14540

Dear Judge Lawson:

In your March 16, 2018 order to stay and abey my petition for writ of habeas corpus, you gave me 28 days to file a motion for relief from judgment with the trial court. I mailed that pleading in early April but have recently been informed that it was not received by the court clerk. My UPS tracking number, 9114 9999 9170 3388 4054 16, shows that it was delivered to the court clerk in early April. See www.usps.com. or call 1-800-222-1811. So I informed the court clerk that this tracking number confirms that it was received by them and they now claim that I sent it to the wrong address which makes no sense as I sent my last two motions for relief from judgment to the very same address and they were both ruled on. I have been instructed by the court clerk to send two more copies of my motion for relief from judgement to this new address that they have provided me with and would like to hear from you on whether or not I have violated your order in any way or if there is anything else I should do.

Sincerely,

Carl Hubbard #205988

Carl Hubbard

I am also ask you, Judge Lawson, could I please have an extend of time on my 6.500 Motion to be file in Wayne County.

RECEIVED
MAY 22 2018
DAVID M. LAWSON
U.S. DISTRICT JUDGE

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER) | REV. 11/15  4835-3318 |

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock: 986-B   Institution: DRF

Prisoner Number: 205788   Prisoner Name (Type or Print Clearly): Hubbard

[✓] Legal Postage   [ ] Filing Fee   $ _____   [ ] Certified Mail (Must Be a Court Ordered Requirement)

[ ] New Case   [✓] Case Number: 92-1856

Pay To: U.S. Mail post.

Mailing Address: Kym Worthy
Wayne County Prosecutor's Office
1441 St. Antoine, Detroit, Mich 48226

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature: X Hubbard   Date & Time Submitted: 4-6-18 / 1014 hrs

Received by (Type or Print Name & Title): Fenn A/US   Staff Signature: [signed]

Date & Time Received by Authorizing Staff: 4-6-18 / 1014 hrs

**Authorization Denied**

[ ] Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118
[ ] Not hand delivered to authorizing staff member
[ ] Does not include court order for handling as certified mail
[ ] Prisoner refused to sign & date in staff member's presence
[ ] New case or case number not on form
[ ] Other (explain) _____

Denied by (Type or Print Name & Title): _____   Signature: _____

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by (Type or Print Name & Title): _____   Signature: _____

Postage Amount: $ _____   Date Placed in Outgoing Mail: _____

**Only Business Office Staff are to Write in the Section Below**

Postage: $ _____   Total Obligation: $ _____   [ ] Court Filing Fee Denied Due to NSF

Filing Fee: $ _____   Check #: _____

Date Copy Sent to Prisoner: _____

Processed by (Type or Print Name & Title): _____   Signature: _____

DISTRIBUTION: [ ] Prisoner Accounting   [ ] Prisoner   [ ] Counselor's File   [ ] Prisoner

Date and Time
4-6-18    1014 HRS

postage $7.25

Date place in outgoing mail
4/6/18  1500

USPS Tracking
9114 9999 9170 3388 4054 09

Date copy sent to prisoner
4/9/18

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER) | REV. 11/15  4835-3318 |

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock 9-86-P   Institution DRF

Prisoner Number 215782   Prisoner Name (Type or Print Clearly) Hubbard

[✓] Legal Postage   [ ] Filing Fee  $_____   [ ] Certified Mail (Must Be a Court Ordered Requirement)

[ ] New Case   [✓] Case Number 92-1856

Pay To U.S. Mail Ct.

Mailing Address Clerk Wayne County Circuit Court
Two Woodward Ave. Room 201
Detroit, Mich 48226-3413

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature _____   Date & Time Submitted ____/____

Received by Type or Print Name & Title _____   Staff Signature _____

Date & Time Received by Authorizing Staff ____/____

**Authorization Denied**

[ ] Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118
[ ] Not hand delivered to authorizing staff member       [ ] New case or case number not on form
[ ] Does not include court order for handling as certified mail   [ ] Other (explain) _____
[ ] Prisoner refused to sign & date in staff member's presence

Denied by Type or Print Name & Title _____   Signature _____

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by Type or Print Name & Title _____   Signature _____

Postage Amount  $_____   Date Placed in Outgoing Mail _____

**Only Business Office Staff are to Write in the Section Below**

Postage  $_____   Total Obligation  $_____   [ ] Court Filing Fee Denied Due to NSF

Filing Fee  $_____   Check # _____

Date Copy Sent to Prisoner _____

Processed by Type or Print Name & Title _____   Signature _____

DISTRIBUTION:  [ ] Prisoner Accounting   [ ] Prisoner   [ ] Counselor's File   [ ] Prisoner

The date and time
4-6-18- 10:17 hrs

Postage amount $7.40

Date placed in out going mail
4/6/18   1500

U.SPS Tracking # 9114 9999 9170 3388 4054 14

Both copies sent to prisoner
4/9/18



Carl Hubbard #205988
Carson City Correctional Facility
10274 Boyer Road
Carson City, Mich 48811-5000

David M. Lawson
US District Court
Eastern District of Michigan
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Room 718
Detroit, Mich 48226

U.S. MARSHAL'S



US POSTAGE >> PITNEY BOWES

$ 000.00⁰
ZIP 48811
0001403238 MAY 17 2018

MI 495
17 MAY '18
PM 4 L

© USPS 2016