UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL HUBBARD,

       Petitioner,

                                            Case Number 13-14540
v.                                           Honorable David M. Lawson

WILLIE SMITH,

       Respondent.
_____/

### ORDER EXTENDING DEADLINE FOR FILING POST-CONVICTION MOTION

On March 16, 2018, the Court issued an opinion and order granting the petitioner's second motion to stay the proceedings and hold his petition in abeyance, to allow him to file a post-conviction motion in the state trial court seeking relief on certain additional claims for relief. On May 22, 2018, the petitioner filed a motion asking that the Court extend the deadline set by this Court for his post-conviction motion to be filed in the state court. The Court has reviewed the motion to extend the deadline and finds that it should be granted.

Accordingly, it is **ORDERED** that the petitioner's motion to extend the deadline for filing his post-conviction motion with the state court [41] is **GRANTED**.

It is further **ORDERED** that the deadlines set by the order of the Court entered on March 16, 2018 are **AMENDED** as follows: The petitioner promptly must pursue any post-conviction or further appellate proceedings relating to his unexhausted claims, by properly submitting appropriate filings to the state court **on or before June 27, 2018**. All other provisions of the Court's order specifying deadlines and procedures for filings in this case remain in full force and effect.

                                                 s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated: May 30, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 30, 2018.

                                        s/Susan Pinkowski
                                        SUSAN PINKOWSKI